■ FITZHUGH D. STAPLES, Respondent-Appellant, v. VAN VLACK & GAMBA, INC., et al., Appellants-Respondents. DENISON D. STAPLES, Doing Business as D. D. STAPLES ASSOCIATES, Respondent-Appellant, v. VAN VLACK & GAMBA, INC., et al., Appellants-Respondents. EDMUND W. CANNON, Respondent-Appellant, v. VAN VLACK & GAMBA, INC., et al., Appellants-Respondents.— Orders unanimously affirmed, with costs to plaintiffs to abide the event. (Appeal by defendants from order of Seneca Trial Term setting aside verdicts of no cause of action in three actions and granting a new trial in an automobile negligence action; appeal by plaintiffs in each of three actions from order of the same court and Justice denying their respective motions for a directed verdict.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ JEANN NIELSEN, Respondent, v. WALLY B. SWANK et al., Individually, and Doing Business as WALLY B. SWANK AGENCY, Appellants.— Judgment unanimously affirmed, with costs. (Appeal from judgment of Onondaga County Court affirming a judgment of Syracuse Municipal Court for plaintiff in an action to recover damages for an alleged breach of a contract of employment.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK COLETTI, Respondent, against WARDEN OF AUBURN PRISON, Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order unanimously reversed on the law, without costs to this appeal to any party, writ dismissed, and relator remanded to the custody of the Warden of Auburn Prison, upon the authority of *People ex rel. Clemente* v. *Warden* (10 A D 2d 57). (Appeal from order of Cayuga County Court sustaining the writ of habeas corpus and directing the discharge of relator.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. WEAVER, Appellant, against ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent.— Order unanimously affirmed, without costs to this appeal to either party. (Appeal from order of Cayuga County Court dismissing the writ of habeas corpus and remanding relator to the custody of the Warden of Auburn Prison.) Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

■ NICHOLAS AGNELLO, Respondent, v. REPUBLIC INSURANCE COMPANY OF TEXAS, Appellant, and SOUTH CAROLINA INSURANCE COMPANY, Respondent, et al., Defendant.— Motion to dismiss appeal denied.

■ HARRY GZANOWICZ, Appellant, v. CITY OF LITTLE FALLS et al., Respondents.— Motion granted and order entered March 21, 1960 vacated; appellant to file and serve brief on or before April 12; respondents' brief must be filed and served on or before April 14, 1960 if appeal to be argued at May 1960 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES S. WADE, Appellant, against WALTER B. MARTIN, as Warden of Attica Prison, Respondent.— Order of substitution of attorneys entered.